IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| WILLIARD EARL BOHANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 2:08-cv-02220-STA-cgc |
| ) | |
| BAPTIST MEMORIAL HOSPITAL – TIPTON ) | |
| And BAPTIST M EMORIAL HEALTH CARE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT DISCLOSURE OF DAVID H. CISCEL, PH.D. FORENSIC ECONOMIST AND PLAINTIFF'S EXPERT DISCLOSURE OF JOHN S. MARKOWITZ, PHARM. D AND GRANTING THE JOINT MOTION TO MODIFY SCHEDULING ORDER**

A hearing on both Defendants' Motion to Strike Plaintiff's Expert Disclosure of David H. Ciscel, Ph.D. Forensic Economist and Plaintiff's Expert Disclosure of John S. Markowitz, Pharm. D (D.E. # 53) and the Parties' Motion to Modify the Scheduling Order (D.E. # 54) was conducted on September 17, 2009. For good cause shown, the Motion to Modify the Scheduling Order is GRANTED and the Motion to Strike Plaintiff's Expert Disclosure of David H. Ciscel, Ph.D. Forensic Economist and Plaintiff's Expert Disclosure of John S. Markowitz, Pharm. D is DENIED as moot.

IT IS THEREFORE ORDERED that the Motion to Modify the Scheduling Order is GRANTED to extend only the date for Defendants' designation of Rule 26 expert information to November 15, 2009 and the deadline for expert witness depositions to December 30, 2009. All remaining dates in the scheduling order will remain the same. Since the Motion to Modify the

Scheduling Order is granted, Defendants' Motion to Strike Plaintiff's Expert Disclosure of David H. Ciscel, Ph.D. Forensic Economist and Plaintiff's Expert Disclosure of John S. Markowitz, Pharm. D is DENIED as moot.

**IT IS SO ORDERED this 22nd day of September, 2009.**

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
United States Magistrate Judge